**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (CGM) |
| Debtor in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03496 (CGM) |
| Plaintiffs, | |
| v. | Administratively Consolidated |
| THEODOOR GGC AMSTERDAM, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03627 (CGM) |
| Plaintiffs, | **ORAL ARGUMENT REQUESTED** |
| v. | |
| BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al., | |
| Defendants. | |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendant Anima SGR S.p.A.'s Motion to Dismiss the Plaintiffs' Fifth Amended Complaint dated August 11, 2021, in the above-captioned action, filed substantially contemporaneously herewith, and all prior pleadings and proceedings herein, Defendant Anima SGR S.p.A. (f/k/a Clessidra SGR S.p.A., sued as "Milan Clessidra a/k/a Clessidra SGR SpA Anima", "Defendant") will move this Court for an order dismissing with prejudice the complaint filed by the Liquidators of Fairfield Sentry Limited and Fairfield Sigma Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated:  October 29, 2021
        New York, New York

By: /s/ Jeffrey Resetarits
    Jeffrey Resetarits
    Randall Martin

    **SHEARMAN & STERLING LLP**
    599 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 848-4000
    E-mail: jeffrey.resetarits@shearman.com
    E-mail: randall.martin@shearman.com

    *Counsel for Anima SGR S.p.A. (f/k/a Clessidra SGR S.p.A.)*