**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>                      Plaintiffs,<br><br>              – against –<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>                      Defendants. | Adv. Pro. No. 10-03496 (JPM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>                      Plaintiffs,<br><br>              -against-<br><br>BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, ALTON ALTERNATIVE FUND LIMITED, UEB NASSAU, QAI-QAI MARKET NEUTRAL, ALTIGEFI-ALTIPRO MASTER a/k/a OLYMPIA CAPITAL MANAGEMENT, ALTIGEFI-V-DYNAMIQUE, GOLDEN BAY, ROTHSCHILD & CIE BANQUE-EGA, PLACEMENTS PERFORMANCE, MILAN CLESSIDRA a/k/a CLESSIDRA SGR SPA, and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, 1-1000,<br><br>                      Defendants. | Adv. Pro. No. 10-03627 (JPM) |

## **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Christopher D. Man, request admission, *pro hac vice*, before the Honorable Judge John P. Mastando III, to represent Altipro Master Fund (sued as "Altigefi-Altipro Master a/k/a Olympia Capital Management"), a French Fonds Commun de Placement, represented by its portfolio management company, Olympia Capital Management SA, a defendant in the above-referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the District of Columbia and the bar in the state of Missouri.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 19, 2023

By: */s/ Christopher D. Man*
Christopher D. Man
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5622
E-mail: CMan@winston.com

*Counsel for Defendant Altipro Master Fund (sued as "Altigefi-Altipro Master a/k/a Olympia Capital Management"), a French Fonds Commun de Placement, represented by its portfolio management company, Olympia Capital Management SA*